Bryan Wong, Esq. (SBN 205573)
3300 East Guasti Road, 3rd Floor
Ontario, California 91761
Telephone: (909) 235-4400
Facsimile: (909) 235-4419
Email: bwong@primehealthcare.com

Mark Hardiman (SBN 136602)
Lee S. Arian (SBN 137306)
Salvatore J. Zimmitti (SBN 245678)
**NELSON HARDIMAN LLP**
11835 West Olympic Boulevard, Suite 900
Los Angeles, CA 90064
Telephone:    (310) 203-2800
Facsimile:    (310) 203-2727
MHardiman@NelsonHardiman.com
LArian@NelsonHardiman.com
SZimmitti@NelsonHardiman.com

Attorneys for Plaintiff
Prime Healthcare Services – Veritas Healthcare
Services, Inc. dba Chino Valley Medical Center

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERITAS HEALTHCARE SERVICES INC. a California corporation doing business as Chino Valley Medical, Center,<br><br>Plaintiff,<br><br>v.<br><br>Alex M. Azar II in his official capacity as Secretary of the Department of Health and Human Services,<br><br>Defendant. | CASE NO.:  5:17-CV-00359-MWF(SPx)<br><br>Assigned for all purposes to the Honorable Michael W. Fitzgerald<br><br>**STIPULATION RE: NOTICE OF SETTLEMENT AND REQUEST TO STAY FURTHER PROCEEDINGS** |

Plaintiff Prime– Veritas Health Services, Inc., doing business as Chino Valley Medical Center, Inc. ("The Hospital"), and Defendant Alex M. Azar II, in his official capacity as Secretary of the U.S. Department of Health and Human

448194.1

NELSON HARDIMAN LLP
11835 WEST OLYMPIC BOULEVARD, SUITE 900
LOS ANGELES, CALIFORNIA 90064

Services ("Defendant"), respectfully request, subject to approval of the Court, that all further proceedings in this matter be stayed for the reasons set forth below.

On March 28, 2018, the United States of America and Prime Healthcare Services, Inc. participated in a mediation with U.S. Magistrate Judge Jay C. Gandhi in the case *U.S. ex rel. Berntsen v. Prime Healthcare Services, Inc. et al*, Case No. CV11-08214-PJW (C.D. Cal. 2011) ("Prime FCA action"), which was brought pursuant to the False Claims Act, 31 U.S.C. §§ 3729-3733. The parties in that case have reached a tentative settlement subject to the parties receiving all necessary approvals. Upon finalization and execution of the settlement agreement in the Prime FCA action, Prime Healthcare Services, Inc. has agreed to dismiss with prejudice all cases for judicial review of Administrative Law Judge decisions brought pursuant to the Administrative Procedure Act, 5 U.S.C. § 706(2)(A), pending in any Federal court, including this matter.[1]

In order to preserve judicial resources, the parties respectfully request that the Court stay all further proceedings in this matter while the parties obtain the

///
///
///
///
///
///
///
///
///
///

---

[1]    There are currently 17 cases pending in the Central District of California, eight cases pending in the Eastern District of California, and one appeal in the Ninth Circuit Court of Appeal.

2

**STIPULATION RE NOTICE OF SETTLEMENT
AND REQUEST TO STAY FURTHER PROCEEDINGS**

NELSON HARDIMAN LLP
11835 WEST OLYMPIC BOULEVARD, SUITE 900
LOS ANGELES, CALIFORNIA 90064

448194.1

1  necessary approvals and finalize the settlement agreement in the Prime FCA

2  action, which is expected to take approximately 60 days.

3

4  Dated:  March 30, 2018

Respectfully submitted,

5

6  */s/ Mark S. Hardiman*
MARK HARDIMAN
LEE S. ARIAN
7  Attorneys for Plaintiff Prime Healthcare
Services – Sherman Oaks, LLC
8

9  Dated:  March 30, 2018

TRACY L. WILKISON
Attorney for the United States, Acting under
10  Authority Conferred by 28 U.S.C. § 515
DOROTHY A. SCHOUTEN
11  Assistant United States Attorney
Chief, Civil Division
12  DAVID K. BARRETT
Assistant United States Attorney
13  Chief, Civil Fraud Section
DAVID M. HARRIS
14  Assistant United States Attorney
Deputy Chief, Civil Fraud Section
15

*/s/Donald W. Woo*
16

17  DONALD W. YOO

18  Assistant United States Attorney
Attorneys for Defendant

19

20

21

22

23

24

25

26

27

28  3321.013 KP

448194.1

3

**STIPULATION RE NOTICE OF SETTLEMENT**
**AND REQUEST TO STAY FURTHER PROCEEDINGS**

NELSON HARDIMAN LLP
11835 WEST OLYMPIC BOULEVARD, SUITE 900
LOS ANGELES, CALIFORNIA 90064